**Motion for Rehearing Granted, Memorandum Opinion filed April 9, 2015, Withdrawn, Appeal Reinstated, and Order filed May 12, 2015**

In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00411-CV
_____

## PAMELA WALKER, Appellant

## V.

## SUZANNE SCOPEL AND JUSTIN SCOPEL, Appellees

**On Appeal from the 268th District Court
Fort Bend County, Texas
Trial Court Cause No. 12-DCV-200283**

## ORDER

On April 9, 2015, this court issued an opinion dismissing this appeal. On April 21, 2015, appellant filed a motion for rehearing. Appellees filed a response. The motion is GRANTED.

This court's opinion filed April 9, 2015, is WITHDRAWN, and our judgment of that date is VACATED. The appeal is ordered REINSTATED.

Appellant's brief is due to be filed in this court within 30 days of the date of this order. No further extensions will be entertained absent exceptional circumstances.


PER CURIAM


Panel consists of Justices Boyce, McCally and Donovan.